Ty Hyderally, Esq. ●▲

Jennifer Vorih, Esq. ●*
Jonathan Minkove, Esq. ●◻

# LAW OFFICES OF
# TY HYDERALLY, PC
*ATTORNEYS AT LAW*
*96 PARK STREET*
*MONTCLAIR, NEW JERSEY 07042*
(973) 509-0050
FAX (973) 509-2003/7090

48 Wall Street, 26th Fl.
New York, NY 10005
Tel: (212) 363-2000
Fax: (212) 268-0287

Of Counsel

Marlen Kruzhkov, Esq. ●○▲

Member of New Jersey Bar ●
Member of New York Bar ○
Member of Maryland Bar ◻
Member of California Bar (Inactive)*

Member of New York Southern and Eastern District Bar ▲

Writer's Ext. 121
jv@employmentlit.com

**Reply to Montclair**

www.employmentlit.com

April 8, 2008

**VIA ELECTRONIC FILING**

The Honorable Claire C. Cecchi, U.S.M.J.
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** **Linda Wagoner v. Medco Health Solutions**
**Docket No.:**
**Our File No.: 2324**

Dear Judge Cecchi:

We represent the Plaintiff, Linda Wagoner, in the above-referenced matter. Please be so kind as to accept this letter brief in lieu of a more formal brief in support of our motion for leave to amend the complaint. During the continued deposition of Plaintiff today, we were advised by defense counsel that the initial complaint contains errors with regard to the dates of certain incidents related to Ms. Wagoner's termination. In each instance, the year was mistakenly noted as "2006," when the events referenced actually occurred in 2005.

We have attached for the Court's consideration Plaintiff's First Amended Complaint. The year noted in Paragraphs Twenty-Three (23), Forty-Four (44), Forty-Seven (47) and Fifty (50) has been corrected from "2006" to "2005." No other changes have been made to the body of the complaint.

We respectfully request leave to file Plaintiff's First Amended Complaint which corrects these minor administrative errors.

We thank Your Honor for your courtesies.

# LAW OFFICES OF TY HYDERALLY, PC

The Honorable Claire C. Cecchi, U.S.M.J.
April 8, 2008
Page 2

                                    Respectfully submitted,
                          LAW OFFICES OF TY HYDERALLY, PC

                                  JENNIFER VORIH, ESQ.
                                 for the Firm

JV
cc:    Meghan Barrett, Esq.

Z:\1 Law Offices of Ty Hyderally\Wagoner Linda\Correspondence\Cecchi Claire.022708.doc